## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Stephen Al. LaBrant, Lisa M. LaBrant, | Civil No. 11-3029(RHK/LIB) |
| Plaintiffs, | **ORDER** |
| vs. | |
| Mortgage Electronic Registration Systems, Inc., Prime Mortgage Corporation, PennyMac Loan Services, LLC, CitiMortgage, Inc., | |
| Defendants. | |

---

This matter is venued in the Fifth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated:  October 17, 2011

                                            s/Richard H. Kyle
                                            RICHARD H. KYLE
                                            United States District Judge