# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

| | |
|---|---|
| STEPHEN A. LABRANT AND LISA M. LABRANT, | Civil No. 11-3029 (JRT/LIB) |
| Plaintiffs, | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| v. | |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., PRIME MORTGAGE CORPORATION, PENNYMAC LOAN SERVICES, LLC, AND CITIMORTGAGE, INC., | |
| Defendants. | |

___

Andrew Stephen Dosdall, Christopher Parrington, and Patrick Boyle, **SKJOLD PARRINGTON, PA**, 222 South Ninth Street, Suite 3220, Minneapolis, MN 55402, for plaintiffs.

Benjamin Gurstelle, Michael Streater, and Mark Schroeder, **BRIGGS & MORGAN, PA,** 80 South Eighth Street, Suite 2200, Minneapolis, MN 55402, for Defendants Mortgage Electronic Registration Systems, Inc. and PennyMac Loan Services, LLC.

David Orenstein, Kendall Bader, and Michael Gottschlich, **BARNES & THORNBURG LLP**, 225 South Sixth Street, Suite 2800, Minneapolis, MN 55402, for Defendant CitiMortgage, Inc.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, dated March 19, 2012 [Docket No. 38]. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that the Defendants' motions to dismiss [Docket Nos. 15 and 19] are **GRANTED** with prejudice.


Dated: April 6, 2012
at Minneapolis, Minnesota

                                                s/John R. Tunheim
                                              JOHN R. TUNHEIM
                                       United States District Judge